JS-6

Vijay J. Patel
Attorney at Law: CSBN 285585
    Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
    Fax: (562)868-5491
    E-mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Cynthia B. De Nardi, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SUSAN CRANE BUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No.13-cv-09041-DTB_____<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

-1-

1
2   The Court having approved the parties' Stipulation to Voluntary Remand
3   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
4   ("Stipulation to Remand") lodged concurrent with the lodging of the within
5   Judgment for Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
6   **DECREED** that the above-captioned action is remanded to the Commissioner of
7   Social Security for further proceedings consistent with the terms of the Stipulation
8   to Remand.
9
10  Dated: December 3, 2014     _____
11                              Hon. David T. Bristow
                                UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28